IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARA HOKE | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 23-1241 |
| TRANS UNION, LLC et al | : | |

## O R D E R

**AND NOW,** this 27th day of November 2023, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**GEORGE V. WYLESOL,** Clerk of Court

BY:   s/ Tashia C. Reynolds
        Civil Deputy Clerk to Judge Surrick